IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PAUL SMITH, # 220888,** | * |
| | * |
|     Petitioner, | * |
| | * |
| vs. | *   CIVIL ACTION NO. 20-00586-JB-B |
| | * |
| **GOVERNOR KAY IVEY,** *et al.*, | * |
| | * |
|     Respondents. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 18, 2020 (Doc. 3) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Paul Smith's habeas corpus petition (Doc. 1) be **DISMISSED without prejudice** for lack of jurisdiction due to Smith's failure to comply with 28 U.S.C. § 2244(b)(3)(A).

**DONE** and **ORDERED** this the 13th day of January, 2021.

                                        /s/JEFFREY U. BEAVERSTOCK
                                        UNITED STATES DISTRICT JUDGE